UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

AUBREY S. BETTIS,

    Plaintiff,

v.                      404CV217

McARTHUR HOLMES and
LESLIE CASTOR,

    Defendants.

### ORDER

Complaining that jail officials failed to provide him with eye care (an eye exam and corrective lenses), doc. # 67 at 1-2, 42 U.S.C. § 1983 plaintiff-inmate Aubrey S. Bettis has appealed to the Eleventh Circuit the Magistrate Judge's (MJ's) Report and Recommendation (R&R) advising this Court to dismiss his Complaint. Doc. # 67, 70.

Bettis has thus appealed a non-final order. *See Perez-Priego v. Alachua County Clerk of Court*, 148 F.3d 1272, 1273 (11th Cir. 1998) (litigant could not appeal an unadopted magistrate judge's R&R); 15A WRIGHT & MILLER, FED. PRAC. & PROC. § 3901.1 (*Magistrate Judge Appeals*) (2007). Before Bettis can appeal, he must first timely file his Objections to the R&R with this Court and await this Court's ruling (whether to adopt, reject, or modify the R&R). To the extent he impliedly moves for leave to appeal *in forma pauperis*, then, his motion is **DENIED**.

This 23 day of May, 2007.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA